[No. 32283-4-I. Division One. July 10, 1995.]

BOGDAN SAWICKI, ET AL., *Respondents*, v. WILLIAM
PORTER, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Island
County, No. 90-2-00288-2, Alan R. Hancock, J., entered
January 15, 1993. *Affirmed* by unpublished opinion per
Pekelis, J. Pro Tem., concurred in by Baker, C.J., and
Webster, J.

[No. 33120-5-I. Division One. July 10, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
G. GREGORY, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 92-1-00837-2, Larry E. McKeeman, J.,
entered July 22, 1993. *Affirmed* by unpublished opinion
per Grosse, J., concurred in by Webster and Becker, JJ.

Withdrawn on February 12, 1996. See 80 Wn. App. 516.

[No. 33349-6-I. Division One. July 10, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK
T. DICKINSON, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 93-1-00147-3, Gerald L. Knight, J.,
entered August 13, 1995. *Dismissed* by unpublished per
curiam opinion.